LYNCH, Circuit Judge,
Concurring.
I join the judgment affirming the conviction and that portion of Judge Lipez’s opinion in Section II.B. which rejects Morales’s sufficiency of the evidence challenge. I do not join the remainder of the opinion.
The defendant’s as-applied Commerce Clause challenge to his conviction is foreclosed by this court’s previous opinion in United States v. Robinson, 137 F.3d 652 (1st Cir.1998), which I read as resolving that case on the basis of the “as applied” challenge. There is no need to address a facial challenge. Even in the aftermath of United States v. Morrison, 529 U.S. 598, 120 S.Ct. 1740, 146 L.Ed.2d 658 (2000), defendant has offered no principled basis for distinguishing Robinson’s acceptance, in this context, of the theory of a nexus to interstate commerce contained in Wickard v. Filburn, 317 U.S. 111, 63 S.Ct. 82, 87 L.Ed. 122 (1942). See Robinson, 137 F.3d at 656. That being so, the panel is bound by Robinson.